**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**CIVIL ACTION NO. 1:83-CV-00293-MPM**

**HORACE WILLIE MONTGOMERY, ET AL.** **PLAINTIFFS**

**VS.**

**STARKVILLE MUNICIPAL SCHOOL DISTRICT, ET AL.** **DEFENDANTS**

**Consolidated with**

**WILLIAM HARRIS, ET AL.** **PLAINTIFFS**

**and**

**UNITED STATES OF AMERICA** **PLAINTIFF-INTERVENOR**

**VS.**

**OKTIBBEHA COUNTY SCHOOL DISTRICT, ET AL.** **DEFENDANTS**

---

## ORDER ON MOTION FOR DECLARATION OF UNITARY STATUS

---

Before the Court is the Joint Motion for Declaration of Unitary Status of the United States and Starkville-Oktibbeha Consolidated School District, [72]. The Court has reviewed the Joint Motion, Memorandum in Support [73], and supporting exhibits. It is the opinion of the Court that the Joint Motion for Declaration of Unitary Status of the United States and Starkville-Oktibbeha Consolidated School District should be granted.

**IT IS, THEREFORE, ORDERED** the Defendant Starkville-Oktibbeha Consolidated School District be declared fully unitary, the injunction entered as to the Starkville-Oktibbeha

Consolidated School District is hereby dissolved, and this case is dismissed with prejudice as to the Starkville-Oktibbeha Consolidated School District.

**SO ORDERED**, this 9th day of October, 2025.

/s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI